# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN SUTTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASY MOVERS, INC., a North Carolina )<br>corporation, ASKAREE MUQIT, a resident of )<br>North Carolina, and COMCAST OF THE SOUTH, )<br>a Colorado corporation, )<br>)<br>Defendants. ) | Civil No. 3:12-1131<br>Judge Trauger |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for March 11, 2014 and the pretrial conference set for March 7, 2014 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 9th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge